UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

MATTHEW DAVID GLEASON,

        Petitioner,        Case No. 1:17-cv-624

v.

        Honorable Paul L. Maloney

LAURENCE A. STELMA,

        Respondent.

_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated: October 19, 2017          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge